# Exhibit 1

REPORT NO. 5PC00016BT
DATE: 10 June 1996

# F-22 ENGINEERING/MANUFACTURING DEVELOPMENT PROGRAM

## COST PERFORMANCE REPORT

### MAY 1996 FLASH

CDRL A078
WBS 4220
DID DI-F-6000C/T

CONTRACT F33657-91-C-0006

### DISTRIBUTION STATEMENT

Distribution authorized to Department of Defense and DoD Contractors only to control critical technology; 1 November 1990. Other requests for this document shall be referred to the F-22 System Program Office, (ASC/YF), Wright-Patterson AFB, OH 45433-6503.

### WARNING

This document contains technical data whose export is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec. 2751 et seq.) or the Export Administration Act (Title 50, U.S.C., App. 2401-2420). Violation of these export laws are subject to severe criminal penalties.

### DESTRUCTION NOTICE

For classified documents, follow the procedures in DoD 5200.22-M, Industrial Security Manual, Section II-19 or DoD 5200.1-R Information Security Program Regulation, Chapter IX. For unclassified, limited documents, destroy by any method that will prevent disclosure of contents or reconstruction of the document.

© 1996 Lockheed-Martin Corp. The Boeing Company. Unpublished Work. All Rights Reserved.

This material may be reproduced by or for the U.S. Government pursuant to the copyright license under the clause at DFARS 252.227-7013 (October 1988).

**LOCKHEED-MARTIN**
Tactical Aircraft Systems

**LOCKHEED-MARTIN**
Aeronautical Systems

**BOEING**
Military Airplanes


EXHIBIT 24
Burbage 8-19-10

F-22 EMD CONTRACT F33657-91-C-0006
TEAM COST PERFORMANCE REPORT
REPORT PERIOD: MAY 1996 FLASH

| DISTRIBUTION: | DEPT. | MAIL ZONE/ CODE | |
|---|---|---|---|
| **BMA:** | | | |
| J. M. Fortier | L-9355 | 45-76 | (1) |
| R. E. Jenkins | L-8940 | 43-20 | |
| W. F. Russell, Jr. | L-8900 | 45-78 | |
| K. D. Anderson | L-9350 | 45-76 | |
| F. D. Statkus | L-8900 | 4L-03 | |
| **LMTAS:** | | | |
| R. I. Bacus | 013-3 | 42-43 | (2) |
| J. E. Gunderson | 013-3 | 42-43 | |
| C. A. Hardy | 101-4 | 42-80 | |
| R. D. Renn | 101-4 | 42-43 | |
| C. K. Wise | 101-4 | 42-30 | |
| **LMASC:** | | | |
| C. T. Burbage | 95-01 | 0960 | |
| E. Elmore | 73-01 | 0950 | |
| A. J. Gallo | 56-03 | 0954 | |
| D. L. Herring | 95-01 | 0961 | |
| J. S. Hersko | 81-8E | 0921 | (3) |
| R. C. LeCroy | 73-01 | 0958 | |
| G. D. Ooten | 81-8H | 0928 | |
| J. R. Reinker | 81-09 | 0963 | |
| C. M. Walters | 53-02 | 0938 | |
| R. P. Simpson | 33-01 | 0952 | |
| R. H. Tucker | BMA | 0951 | |
| A. W. Vogan | 62-53 | 0956 | |
| J. J. Wikert | BMA | 0934 | |

(1) Will make other internal BMA distribution as appropriate
(2) Will make other internal LMTAS distribution as appropriate
(3) Will make other internal LMASC distribution as appropriate

LMASC F-22 PROGRAM
FINANCIAL SUPPORT
D/81-8A
Z/0921
(770) 793-0907

Subject to Protective Order
LMC-HOWARD-1980358

<u>F-22 EMD</u>  Page 1 of 2
<u>CONTRACT F33657-91-C-0006</u>
<u>CPR FLASH REPORT</u>
<u>ME MAY 1996</u>

**COMMENTS**

o  This report incorporates Contract Modification P00241, Definitization of P00220 UCA, Air Vehicle Cost Savings Changes AIM-9M Deletion, ECP 0035-3, Part 1 at a price decrease of ($1,317K), and P00250, Task Assignment #45, Weapons Bay Optimization Study, at no increase in price.

o  The variance at completion deteriorated in May by ($67.0M) because of the addition of risk items to the program EAC. These risk items had been included in the March 1996 Funding Requirements Study and were approved for incorporation into the EAC at a TPO review on 14 May 1996. The risks are currently held in Undistributed Budget but will be baselined as part of the June 1996 EAC.

o  The unfavorable current period schedule variance of ($25,623K) was driven primarily by a current period adjustment to Tooling Offload account budgets within the Forward Fuselage, ($7,221K), Empennage, ($2,935K), and Edges, ($7,443K), IPTs. The purpose of the adjustment was to eliminate the favorable cumulative schedule variance caused by earned value distortions generated by the payment of invoices (and associated BCWP earnings) which did not accurately reflect Tooling Offload schedule performance.

o  The Weapons System A&I unfavorable current cost variance of ($1,412K) results primarily from the allocation of Classified Computing Costs, ($1,766K). Actuals for April & May were allocated in the current period.

o  The Forward Fuselage IPT reflects an unfavorable current cost variance of ($1,653K), which results primarily from: (1) Current period correction to cumulative earned value in the Functional Test Material account, ($537K); (2) Overruns in the Production Material, ($265K), and Production Labor, ($194K), accounts; and, (3) Performance as reported on the subcontractor LMSW CPR, ($227K).

o  The Mid Fuselage IPT reflects an unfavorable current cost variance of ($1,760K), which results primarily from: (1) Engineering additional support required to maintain the factory build schedule engineering design configuration, Block 2 redesign effort, increased Block 2 stress analysis tasks, and re-analysis of Block 1 critical structure for 664 FEM loads ($651K); (2) Factory schedule compression, rework, QA report items, Task Deviation Authority items, and Block 2 Loads impacts on Block 1 aircraft, ($486K), and (3) Overruns in the Production Material account, ($328K).

3

Subject to Protective Order  LMC-HOWARD-1980359

<u>F-22 EMD</u>  
<u>CONTRACT F33657-91-C-0006</u>  
<u>CPR FLASH REPORT</u>  
<u>ME MAY 1996</u>

Page 2 of 2

o The Wing IPT reflects an unfavorable current schedule variance of ($1,408K), which results primarily from: (1) Delayed qualification testing of the Leading Edge Actuators hardware at subcontractor Curtis Wright, ($944K); and, (2) Invoice timing variances in the Outside Production account, ($357K).

o The Core Processing IPT reflects an unfavorable current cost variance of ($1,957K), resulting primarily from: (1) Performance as reported on the Hughes subcontract CPR, ($746K); and (2) Performance as reported on the Harris subcontract CPR, ($1,298K).

o The CNI IPT unfavorable current schedule variance of ($1,046K) results primarily from performance as reported on the TRW subcontract CPR.

o The Electronic Warfare IPT unfavorable current schedule variance of ($1,011K) results primarily from performance as reported on the JVT subcontract CPR.

o The Armament IPT unfavorable current schedule variance of ($2,513K) results primarily from performance on the Curtis Wright subcontract,($2,446K), and is due to developmental problems with the PDU motor at subtier supplier Vickers, internal machine loading problems, and Main Bay/Side Bay design problems.

o The cumulative cost variance on the EMD program prior to incorporation of the cost growth/CCP-0035 baseline report was ($181.3M), as reported on the May 1995 CPR.

o A more detailed analysis of the variances will accompany the final CPR report and will address these and other variances which are still under investigation.

4

Subject to Protective Order

LMC-HOWARD-1980360

UNCLASSIFIED

| Cost Performance Report - Work Breakdown Structure | | CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS. LOCATION: 86 S COBB DR MARIETTA, GA 30063 | | QUANTITY: 9 | | SIGNATURE J.S. Hemba for J. Reimer J. W. REIMER F-22 BUS. MANAGER | | | | PAGE 1 OF 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORMAT 2B - In Thousands | | RDT&E ☒ PRODUCTION ☐ PROGRAM: F-22 PROGRAM | | | | | | | | REPORT PERIOD: NE MAY 96 FLASH | | |
| Variances in Parentheses are unfavorable | | CONTRACT: TYPE: CRC NUMBER: F33657-91-C-0006 | | | SHARE RATIO | DATE: | | | | | | |
| CHANGE ORDER NUMBER P00250 | NEGOTIATED COST $11,380,512 | EST. COST OF AUTH. UNPRICED WORK $30,117 | | TARGET PROFIT $870,582 | | TARGET PRICE $12,251,094 | ESTIMATED PRICE $12,282,416 | | CONTRACT CEILING | | ESTIMATED CONTRACT CEILING | |
| | | CURRENT PERIOD | | | | CUMULATIVE TO DATE | | | | AT COMPLETION | | |
| | | BUDGETED COST | | ACTUAL | VARIANCE | | BUDGETED COST | | ACTUAL | VARIANCE | | | LATEST | |
| | | BCWS | BCWP | COST | SCHEDULE | COST | BCWS | BCWP | COST | SCHEDULE | COST | BUDGET | ESTIMATE | VARIANCE |
| Total F-22 Weapon System | | 108997 | 84131 | 98686 | (24866) | (14555) | 4376165 | 4313292 | 4381703 | (62873) | (68411) | 7328498 | 7376241 | (47743) |
| Cost of Money | | 1170 | 1149 | 1394 | (22) | (245) | 60069 | 59424 | 60291 | (645) | (867) | 117593 | 118802 | (1208) |
| G&A | | 12105 | 11626 | 14127 | (479) | (2502) | 556277 | 548370 | 562534 | (7906) | (14164) | 1090488 | 1103381 | (12893) |
| Overhead/Other Burdens | | 30225 | 29970 | 37610 | (256) | (7641) | 1395704 | 1373424 | 1413837 | (22280) | (40413) | 2801349 | 2827789 | (26440) |
| Undistributed Budget | | | | | | | | | | | | 8705 | 79006 | (70301) |
| Subtotal | | 152498 | 126875 | 151817 | (25623) | (24942) | 6388214 | 6294510 | 6418366 | (93703) | (123856) | 11346634 | 11505218 | (158584) |
| Management Reserve | | | | | | | | | | | | - | - | - |
| TOTAL | | 152498 | 126875 | 151817 | (25623) | (24942) | 6388214 | 6294510 | 6418366 | (93703) | (123856) | 11346634 | 11505218 | (158584) |

THIS DOCUMENT CONTAINS TRADE SECRETS AND COMMERCIAL OR FINANCIAL INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. THE DISCLOSURE OF SUCH INFORMATION IS PROHIBITED UNDER THE FREEDOM OF INFORMATION ACT (5 U.S.C. 552) AND OTHER STATUTE(S) PROHIBITING DISCLOSURE (E.G. 18 U.S.C. 1905).

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980361

UNCLASSIFIED

| Cost Performance Report - IPT Structure | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS. LOCATION: 86 S COBB DR MARIETTA, GA 30063 | | | | | | | | | | | | |
| FORMAT 2B - In Thousands (Unburdened) | | | RDT&E ☒ PRODUCTION ☐ PROGRAM: F-22 PROGRAM | | | | | | | PAGE 2 OF 3 REPORT PERIOD: ME MAY 96 FLASH | | |
| Variances in Parentheses are unfavorable | | | CONTRACT: TYPE: CPC NUMBER: F33657-91-C-0006 | | | SHARE RATIO | | | | | | |

| | CURRENT PERIOD | | | | | CUMULATIVE TO DATE | | | | | AT COMPLETION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST | | ACTUAL | VARIANCE | | BUDGETED COST | | ACTUAL | VARIANCE | | | LATEST | |
| | BCWS | BCWP | COST | SCHEDULE | COST | BCWS | BCWP | COST | SCHEDULE | COST | BUDGET | ESTIMATE | VARIANCE |
| Total F-22 Weapon System | 108997 | 84131 | 98686 | (24866) | (14555) | 4376165 | 4313292 | 4381703 | (62873) | (68411) | 7328498 | 7376241 | (47743) |
| F-22 Weapons System A&I | 7746 | 7744 | 9155 | (1) | (1412) | 371012 | 370959 | 369941 | (52) | 1019 | 740836 | 745857 | (5021) |
| F-22 Air Vehicle | 97189 | 72268 | 84878 | (24920) | (12610) | 3746195 | 3684855 | 3760711 | (61340) | (75856) | 5686335 | 5721277 | (34943) |
| Air Vehicle A&I | 4778 | 5108 | 4638 | 330 | 469 | 327407 | 325595 | 323896 | (1813) | 1698 | 543137 | 543768 | (631) |
| Airframe | 46787 | 25753 | 32122 | (21035) | (6370) | 726699 | 706594 | 747735 | (20104) | (41142) | 1191871 | 1201236 | (9365) |
| Airframe A&I | 2117 | 2079 | 3056 | (38) | (978) | 86441 | 85176 | 91740 | (1264) | (6544) | 164912 | 170153 | (5242) |
| Forward Fuselage | 11468 | 3940 | 5593 | (7528) | (1653) | 103959 | 101531 | 111045 | (2428) | (9514) | 174698 | 174975 | (277) |
| Mid Fuselage | 5974 | 5889 | 7649 | (84) | (1760) | 200792 | 194988 | 202754 | (5804) | (7766) | 328042 | 329761 | (1719) |
| Aft Fuselage | 6039 | 5352 | 5869 | (687) | (517) | 157836 | 152894 | 162843 | (4941) | (9949) | 221629 | 221868 | (240) |
| Wing | 3997 | 2589 | 3033 | (1408) | (444) | 88191 | 85881 | 89773 | (2310) | (3892) | 139085 | 140355 | (1270) |
| Empennage | 5089 | 1816 | 2212 | (3273) | (396) | 35737 | 33905 | 36383 | (1832) | (2478) | 64704 | 65264 | (560) |
| Edges | 11902 | 3771 | 4347 | (8131) | (576) | 47807 | 46345 | 46495 | (1462) | (150) | 89607 | 89664 | (56) |
| Avionics Racks | 200 | 317 | 361 | 117 | (44) | 5934 | 5874 | 6702 | (60) | (828) | 9193 | 9193 | - |
| Final Assy & Chkout | 2149 | 2331 | 2092 | 182 | 239 | 30703 | 29557 | 29297 | (1146) | 260 | 80030 | 80055 | (25) |
| Avionics | 33842 | 31781 | 36175 | (2061) | (4394) | 2188364 | 2161669 | 2180595 | (26694) | (18925) | 3099648 | 3118365 | (18717) |
| Avionics A&I | 1719 | 1742 | 1607 | 23 | 135 | 77471 | 77339 | 74354 | (132) | 2985 | 205868 | 209389 | (3521) |
| Radar | 11199 | 11347 | 11409 | 148 | (62) | 433068 | 433385 | 437784 | 317 | (4399) | 709431 | 709431 | - |
| Core Processing | 4129 | 3872 | 5829 | (257) | (1957) | 475094 | 471526 | 476944 | (3568) | (5418) | 531168 | 531153 | 15 |
| Power Supplies | 749 | 341 | 1341 | (408) | (999) | 79045 | 77255 | 83010 | (1790) | (5755) | 88515 | 91945 | (3430) |
| MSDM | 162 | 154 | 293 | (8) | (139) | 6117 | 6071 | 5807 | (46) | 264 | 15280 | 15280 | - |
| TSM Software | 251 | 257 | 261 | 6 | (4) | 11571 | 11526 | 11366 | (45) | 161 | 25154 | 25154 | (1) |
| CNI Systems | 7652 | 6606 | 7473 | (1046) | (867) | 498638 | 490377 | 492316 | (8261) | (1939) | 657480 | 662196 | (4716) |
| Elec Warfare | 6608 | 5597 | 5727 | (1011) | (129) | 425324 | 417946 | 415687 | (7378) | 2259 | 639292 | 643295 | (4003) |
| Cntrls & Disp/IRS | 1052 | 1498 | 1856 | 446 | (358) | 159938 | 154123 | 161847 | (5815) | (7724) | 186108 | 188894 | (2786) |
| Stores Mgmt System | 321 | 367 | 379 | 47 | (12) | 22098 | 22123 | 21479 | 25 | 644 | 41352 | 41629 | (276) |
| Vehicle Mgmt System | 1333 | 1555 | 2143 | 222 | (589) | 145453 | 144972 | 147330 | (480) | (2358) | 199192 | 199338 | (146) |
| Armament | 3291 | 778 | 989 | (2513) | (211) | 45746 | 40270 | 43951 | (5476) | (3681) | 101396 | 101684 | (289) |
| Cost of Money | 1170 | 1149 | 1394 | (22) | (245) | 60069 | 59424 | 60291 | (645) | (867) | 117593 | 118802 | (1208) |
| G&A | 12105 | 11626 | 14127 | (479) | (2502) | 556277 | 548370 | 562534 | (7906) | (14164) | 1090488 | 1103381 | (12893) |
| Overhead/Other Burdens | 30225 | 29970 | 37610 | (256) | (7641) | 1395704 | 1373424 | 1413837 | (22280) | (40413) | 2801349 | 2827789 | (26440) |
| Undistributed Budget | - | - | - | - | - | - | - | - | - | - | 8705 | 79006 | (70301) |
| Subtotal | 152498 | 126875 | 151817 | (25623) | (24942) | 6388214 | 6294510 | 6418366 | (93703) | (123856) | 11346634 | 11505218 | (158584) |
| Management Reserve | | | | | | | | | | | - | - | - |
| TOTAL | 152498 | 126875 | 151817 | (25623) | (24942) | 6388214 | 6294510 | 6418366 | (93703) | (123856) | 11346634 | 11505218 | (158584) |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980362

UNCLASSIFIED

| Cost Performance Report - IPT Structure | CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS. LOCATION: 86 S COBB DR MARIETTA, GA 30063 | | | PAGE 3 OF 3 |
|---|---|---|---|---|
| FORMAT 2B - In Thousands (Unburdened) | RDT&E ☐ PRODUCTION ☐ PROGRAM: F-22 PROGRAM | SHARE RATIO | | REPORT PERIOD: ME MAY 96 FLASH |
| Variances in Parentheses are unfavorable | CONTRACT: TYPE: CRC NUMBER: F33657-91-C-0006 | | | |

| | CURRENT PERIOD | | | | | CUMULATIVE TO DATE | | | | | AT COMPLETION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST | | ACTUAL COST | VARIANCE | | BUDGETED COST | | ACTUAL COST | VARIANCE | | BUDGET | LATEST ESTIMATE | VARIANCE |
| | BCWS | BCWP | | SCHEDULE | COST | BCWS | BCWP | | SCHEDULE | COST | | | |
| Utilities & Subsystems | 5010 | 4963 | 6719 | (47) | (1756) | 281823 | 276198 | 287908 | (5625) | (11709) | 471060 | 476828 | (5769) |
| UES A&I | 415 | 523 | 731 | 108 | (208) | 31326 | 31221 | 31426 | (106) | (204) | 48553 | 49019 | (465) |
| Landing Gear | 666 | 580 | 580 | (86) | - | 18226 | 17608 | 17630 | (618) | (22) | 42356 | 42350 | 6 |
| Fuel | 802 | 824 | 1294 | 22 | (470) | 31522 | 31646 | 35716 | 124 | (4071) | 56147 | 58601 | (2453) |
| Electrical | 578 | 588 | 1064 | 10 | (476) | 46992 | 45266 | 48600 | (1726) | (3334) | 83538 | 83391 | 147 |
| Harness & Intercon | 380 | 337 | 343 | (42) | (6) | 11222 | 11078 | 11824 | (143) | (746) | 27611 | 27730 | (121) |
| Aux Power System | 672 | 894 | 1305 | 222 | (411) | 69283 | 68538 | 70990 | (745) | (2451) | 86400 | 88616 | (2216) |
| Fire Protection | 55 | (75) | 90 | (131) | (166) | 6192 | 6055 | 6016 | (137) | 39 | 8530 | 8528 | 2 |
| IVSC | 580 | 532 | 574 | (48) | (40) | 24474 | 24211 | 25061 | (264) | (851) | 34921 | 35527 | (606) |
| ECS | 567 | 453 | 486 | (114) | (33) | 25367 | 23874 | 23810 | (1493) | 63 | 44125 | 44010 | 115 |
| Hydraulics | 256 | 188 | 231 | (68) | (44) | 12714 | 12163 | 12344 | (551) | (181) | 30049 | 30159 | (110) |
| Flight Data Recorder | 38 | 118 | 21 | 80 | 97 | 4507 | 4540 | 4493 | 33 | 47 | 8832 | 8898 | (67) |
| F-22 Training System | 341 | 342 | 265 | 1 | 77 | 25494 | 25495 | 24589 | 1 | 906 | 201878 | 204194 | (2316) |
| Training A&I | 200 | 201 | 136 | 1 | 65 | 19769 | 19770 | 19182 | 1 | 589 | 33462 | 35838 | (2377) |
| Pilot Training | 21 | 21 | 28 | - | (7) | 3918 | 3918 | 3837 | - | 80 | 61414 | 61233 | 181 |
| Maintenance Training | 27 | 27 | 29 | - | (2) | 416 | 416 | 349 | - | 67 | 44471 | 44465 | 6 |
| TMS/TSSC | - | - | - | - | - | 63 | 63 | 63 | - | - | 11058 | 11058 | - |
| BT | 35 | 35 | 22 | - | 13 | 300 | 300 | 186 | - | 114 | 42062 | 42059 | 4 |
| Interim Training | 58 | 58 | 50 | - | 8 | 1028 | 1028 | 972 | - | 56 | 9412 | 9543 | (130) |
| F-22 Support System | 2080 | 2121 | 2004 | 41 | 117 | 125001 | 124309 | 121931 | (692) | 2379 | 307898 | 310206 | (2308) |
| Support System A&I | 346 | 335 | 308 | (11) | 27 | 22749 | 22732 | 21949 | (17) | 783 | 61694 | 62122 | (427) |
| Support Equipment | 279 | 281 | 360 | 2 | (79) | 12083 | 12037 | 11874 | (47) | 161 | 41479 | 42220 | (741) |
| Auto Test System | 53 | 53 | 18 | - | 35 | 34836 | 34764 | 34602 | (72) | 160 | 42660 | 42743 | (83) |
| Supply Support | 45 | 35 | 31 | (10) | 2 | 1064 | 1054 | 977 | (10) | 77 | 10172 | 10414 | (242) |
| Operations Support | 565 | 633 | 623 | 68 | 10 | 19692 | 19214 | 18655 | (478) | 559 | 38549 | 38549 | - |
| Life Cycle SW Supt | 16 | 16 | 19 | - | (3) | 1009 | 1009 | 1001 | - | 8 | 3811 | 3827 | (16) |
| Support Data | 775 | 770 | 644 | (5) | 126 | 33569 | 33503 | 32873 | (66) | 629 | 109532 | 110332 | (800) |
| F-22 Systems Test | 1642 | 1655 | 2385 | 13 | (730) | 108462 | 107672 | 104531 | (790) | 3141 | 391551 | 394708 | (3157) |
| A/V Flight Test | 324 | 292 | 165 | (32) | 127 | 15032 | 14891 | 13799 | (141) | 1092 | 111396 | 112258 | (862) |
| Oper Test & Eval | - | - | - | - | - | 7 | 7 | 8 | - | - | 5953 | 6146 | (193) |
| Instr & Data Syst | 1136 | 1241 | 2036 | 106 | (795) | 81326 | 80795 | 79607 | (532) | 1187 | 167675 | 168556 | (881) |
| Systems Test A&I | 182 | 121 | 182 | (60) | (60) | 12095 | 11978 | 11118 | (117) | 861 | 106528 | 107748 | (1220) |
| Management Challenge (BMA | - | - | - | - | - | | | | | | | | |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980363

UNCLASSIFIED

**** LMASC VERSION **** - IPT Structure
FORMAT 2B - In Thousands (Unburdened)
Variances in Parentheses are unfavorable

CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS.
LOCATION: 86 S COBB DR, MARIETTA, GA 30063
RDT&E ☐  PRODUCTION ☐
PROGRAM: F-22 PROGRAM
CONTRACT: TYPE: CPC  NUMBER: F33657-91-C-0006

SHARE RATIO

PAGE 1 OF 2
REPORT PERIOD: NE MAY 96 FLASH

| | CURRENT PERIOD | | | | | CUMULATIVE TO DATE | | | | | AT COMPLETION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST | | ACTUAL | VARIANCE | | BUDGETED COST | | ACTUAL | VARIANCE | | BUDGET | LATEST ESTIMATE | VARIANCE |
| | BCWS | BCWP | COST | SCHEDULE | COST | BCWS | BCWP | COST | SCHEDULE | COST | | | |
| Total F-22 Weapon System | 46386 | 28230 | 36101 | (18156) | (7871) | 1407105 | 1378243 | 1414051 | (28862) | (35808) | 2205769 | 2210091 | (4322) |
| F-22 Weapons System A&I | 2083 | 2081 | 3617 | (2) | (1536) | 108529 | 108488 | 111501 | (41) | (3013) | 183487 | 183487 | - |
| F-22 Air Vehicle | 42735 | 24636 | 30350 | (18099) | (5714) | 1209274 | 1181447 | 1215411 | (27827) | (33964) | 1782617 | 1786740 | (4123) |
| Air Vehicle A&I | 2909 | 3677 | 3326 | 768 | 351 | 189175 | 186981 | 187308 | (2194) | (327) | 322637 | 322637 | - |
| Airframe | 29752 | 10757 | 14296 | (18995) | (3539) | 224426 | 215683 | 232266 | (8743) | (16583) | 415442 | 416365 | (923) |
| Airframe A&I | 450 | 470 | 792 | 20 | (322) | 9781 | 9196 | 11031 | (585) | (1835) | 30625 | 30642 | (17) |
| Forward Fuselage | 11468 | 3940 | 5593 | (7528) | (1653) | 103942 | 101514 | 111028 | (2428) | (9514) | 174681 | 174958 | (277) |
| Mid Fuselage | 643 | 445 | 990 | (198) | (545) | 21545 | 19170 | 20989 | (2375) | (1819) | 47024 | 47024 | - |
| Aft Fuselage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Empennage | 5088 | 1815 | 2212 | (3273) | (397) | 35726 | 33894 | 36331 | (1832) | (2437) | 64644 | 65204 | (560) |
| Edges | 11902 | 3771 | 4347 | (8131) | (576) | 47497 | 46035 | 46185 | (1462) | (150) | 89275 | 89343 | (68) |
| Avionics Racks | 200 | 317 | 361 | 117 | (44) | 5934 | 5874 | 6702 | (60) | (828) | 9193 | 9193 | - |
| Final Assy & Chkout | 1763 | 1945 | 1586 | 182 | 359 | 15936 | 14790 | 14361 | (1146) | 429 | 51511 | 51511 | - |
| Avionics | 6549 | 6818 | 9440 | 269 | (2622) | 715841 | 705076 | 719187 | (10765) | (14111) | 854987 | 858187 | (3200) |
| Avionics A&I | 538 | 580 | 439 | 42 | 141 | 20499 | 20351 | 19737 | (148) | 614 | 53030 | 53030 | - |
| Radar | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Core Processing | 4120 | 3863 | 5824 | (257) | (1961) | 474752 | 471184 | 476627 | (3568) | (5443) | 530629 | 530629 | - |
| Power Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MSDN | 162 | 154 | 293 | (8) | (139) | 6117 | 6071 | 5807 | (46) | 264 | 15280 | 15280 | - |
| TSM Software | 12 | 17 | 12 | 5 | 5 | 403 | 403 | 399 | - | 4 | 900 | 900 | - |
| CNI Systems | 665 | 707 | 1016 | 42 | (309) | 54207 | 53020 | 54844 | (1187) | (1824) | 69127 | 69527 | (400) |
| Elec Warfare | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cntrls & Disp/IRS | 1052 | 1498 | 1856 | 446 | (358) | 159863 | 154048 | 161772 | (5815) | (7724) | 186021 | 188821 | (2800) |
| Stores Mgmt System | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vehicle Mgmt System | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Armament | 472 | 350 | 569 | (122) | (219) | 18271 | 15405 | 18861 | (2866) | (3456) | 47427 | 47427 | - |
| Cost of Money | 328 | 346 | 402 | 18 | (56) | 15709 | 15457 | 15158 | (252) | 299 | 32661 | 32681 | (20) |
| G&A | 3927 | 4171 | 5003 | 244 | (832) | 177168 | 174104 | 179196 | (3064) | (5092) | 387577 | 387799 | (222) |
| Overhead/Other Burdens | 9841 | 10412 | 11924 | 571 | (1512) | 436566 | 425411 | 438472 | (11155) | (13061) | 952648 | 953184 | (536) |
| Undistributed Budget | | | | | | | | | | | (3537) | 21530 | (25067) |
| Subtotal | 60483 | 43159 | 53430 | (17324) | (10271) | 2036548 | 1993215 | 2046878 | (43333) | (53663) | 3575118 | 3605285 | (30167) |
| Management Reserve | | | | | | | | | | | | | |
| TOTAL | 60483 | 43159 | 53430 | (17324) | (10271) | 2036548 | 1993215 | 2046878 | (43333) | (53663) | 3575118 | 3605285 | (30167) |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980364

UNCLASSIFIED

**** LMASC VERSION **** - IPT Structure
CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS.
LOCATION: 86 S COBB DR, MARIETTA, GA 30063
NOTICE OF PRODUCTION: ☐
PROGRAM: F-22 PROGRAM
CONTRACT TYPE: CRC
NUMBER: F33657-91-C-0006

FORMAT 2B - In Thousands (Unburdened)

Variances in Parentheses are unfavorable

SHARE RATIO

PAGE 2 OF 2
REPORT PERIOD:
ME MAY 96 FLASH

| | CURRENT PERIOD | | | | | CUMULATIVE TO DATE | | | | | AT COMPLETION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST | | ACTUAL | VARIANCE | | BUDGETED COST | | ACTUAL | VARIANCE | | | LATEST | |
| | BCWS | BCWP | COST | SCHEDULE | COST | BCWS | BCWP | COST | SCHEDULE | COST | BUDGET | ESTIMATE | VARIANCE |
| Utilities & Subsystems | 1291 | 1088 | 1132 | (203) | (44) | 45625 | 43513 | 43430 | (2112) | 83 | 90612 | 90612 | - |
| U&S A&I | 44 | 46 | 51 | 2 | (5) | 2661 | 2666 | 2608 | 5 | 58 | 4807 | 4807 | - |
| Landing Gear | 666 | 580 | 580 | (86) | - | 17902 | 17284 | 17306 | (618) | (22) | 41662 | 41662 | - |
| Fuel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Electrical | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Harness & Intercon | 14 | 9 | 16 | (5) | (7) | 790 | 785 | 807 | (5) | (22) | 1237 | 1237 | - |
| Aux Power System | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fire Protection | - | - | - | - | - | - | - | - | - | - | - | - | - |
| IVSC | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ECS | 567 | 453 | 485 | (114) | (32) | 24272 | 22778 | 22709 | (1494) | 69 | 42906 | 42906 | - |
| Hydraulics | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Flight Data Recorder | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F-22 Training System | - | 1 | - | 1 | 1 | 1012 | 1013 | 1012 | 1 | 1 | 1012 | 1012 | - |
| Training A&I | - | 1 | - | 1 | 1 | 572 | 573 | 572 | 1 | 1 | 572 | 572 | - |
| Pilot Training | - | - | - | - | - | 146 | 146 | 146 | - | - | 146 | 146 | - |
| Maintenance Training | - | - | - | - | - | 144 | 144 | 144 | - | - | 144 | 144 | - |
| TMS/TSSC | - | - | - | - | - | 62 | 62 | 62 | - | - | 62 | 62 | - |
| BT | - | - | - | - | - | 81 | 81 | 81 | - | - | 81 | 81 | - |
| Interim Training | - | - | - | - | - | 7 | 7 | 7 | - | - | 7 | 7 | - |
| F-22 Support System | 850 | 904 | 922 | 54 | (18) | 58881 | 58315 | 57560 | (566) | 755 | 112350 | 112350 | - |
| Support System A&I | 107 | 94 | 115 | (13) | (21) | 8199 | 8188 | 8015 | (11) | 173 | 26034 | 26034 | - |
| Support Equipment | 118 | 118 | 131 | - | (13) | 4623 | 4623 | 4618 | - | 5 | 11365 | 11365 | - |
| Auto Test System | 21 | 21 | 5 | - | 16 | 23777 | 23705 | 23735 | (72) | (30) | 29085 | 29085 | - |
| Supply Support | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Operations Support | 565 | 633 | 623 | 68 | 10 | 19692 | 19214 | 18655 | (478) | 559 | 38549 | 38549 | - |
| Life Cycle SV Supt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Support Data | 39 | 39 | 49 | - | (10) | 2591 | 2586 | 2538 | (5) | 48 | 7317 | 7317 | - |
| F-22 Systems Test | 718 | 607 | 1212 | (111) | (605) | 29408 | 28979 | 28566 | (429) | 413 | 126303 | 126503 | (200) |
| A/V Flight Test | 169 | 139 | 74 | (30) | 65 | 9212 | 9063 | 8455 | (149) | 608 | 34887 | 34887 | - |
| Oper Test & Eval | - | - | - | - | - | 3 | 3 | 3 | - | - | 1457 | 1457 | - |
| Instr & Data Syst | 524 | 453 | 1098 | (71) | (645) | 18438 | 18163 | 18344 | (275) | (181) | 56153 | 56353 | (200) |
| Systems Test A&I | 25 | 15 | 39 | (10) | (24) | 1755 | 1750 | 1764 | (5) | (14) | 33806 | 33806 | - |
| Management Challenge (BMA) | - | - | - | - | - | - | - | - | - | - | - | - | - |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980365

UNCLASSIFIED

| **** LNTAS VERSION **** - IPT Structure | CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS. | | | | PAGE 1 OF 2 |
|---|---|---|---|---|---|
| FORMAT 2B - In Thousands (Unburdened) | LOCATION: 86 S COBB DR MARIETTA, GA 30063 | | SHARE RATIO | | REPORT PERIOD: |
| | RDT&E ☒ PRODUCTION ☐ PROGRAM: F-22 PROGRAM | | | | NE MAY 96 FLASH |
| Variances in Parentheses are unfavorable | CONTRACT: TYPE: CRC NUMBER: F33657-91-C-0006 | | | | |

| | CURRENT PERIOD | | | | | CUMULATIVE TO DATE | | | | | AT COMPLETION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST | | ACTUAL COST | VARIANCE | | BUDGETED COST | | ACTUAL COST | VARIANCE | | BUDGET | LATEST ESTIMATE | VARIANCE |
| | BCWS | BCWP | | SCHEDULE | COST | BCWS | BCWP | | SCHEDULE | COST | | | |
| Total F-22 Weapon System | 31997 | 27949 | 31645 | (4048) | (3696) | 1699197 | 1675821 | 1685324 | (23376) | (9502) | 2761600 | 2780504 | (18904) |
| F-22 Weapons System A&I | 3097 | 3097 | 2990 | 1 | 107 | 165034 | 165022 | 162157 | (11) | 2865 | 268164 | 269218 | (1054) |
| F-22 Air Vehicle | 27342 | 23346 | 27161 | (3996) | (3815) | 1473949 | 1450836 | 1464532 | (23113) | (13696) | 2233735 | 2247328 | (13593) |
| Air Vehicle A&I | 723 | 836 | 889 | 113 | (54) | 56696 | 57156 | 55501 | 459 | 1654 | 115063 | 115155 | (92) |
| Airframe | 5461 | 5506 | 6717 | 45 | (1211) | 183140 | 179665 | 185664 | (3474) | (5999) | 288202 | 289837 | (1635) |
| Airframe A&I | 60 | 60 | 57 | - | 3 | 2471 | 2471 | 2464 | - | 7 | 4535 | 4507 | 27 |
| Forward Fuselage | | | | | | | | | | | | | |
| Mid Fuselage | 5331 | 5444 | 6659 | 114 | (1215) | 179247 | 175818 | 181765 | (3429) | (5947) | 281018 | 282737 | (1719) |
| Aft Fuselage | 69 | - | - | (69) | - | 1101 | 1055 | 1073 | (45) | (18) | 2257 | 2211 | 45 |
| Wing | | | | | | | | | | | | | |
| Empennage | 1 | 1 | - | - | 1 | 11 | 11 | 52 | - | (41) | 60 | 60 | - |
| Edges | - | - | - | - | - | 310 | 310 | 310 | - | - | 332 | 321 | 12 |
| Avionics Racks | | | | | | | | | | | | | |
| Final Assy & Chkout | 386 | 386 | 506 | - | (120) | 14767 | 14767 | 14936 | - | (169) | 28519 | 28544 | (25) |
| Avionics | 14011 | 11958 | 12677 | (2053) | (719) | 898633 | 884171 | 881017 | (14462) | 3154 | 1285355 | 1294283 | (8928) |
| Avionics A&I | 87 | 86 | 109 | (1) | (23) | 6364 | 6329 | 5987 | (35) | 342 | 15731 | 16094 | (363) |
| Radar | | | | | | | | | | | | | |
| Core Processing | 9 | 9 | 5 | - | 4 | 342 | 342 | 317 | - | 25 | 539 | 524 | 15 |
| Power Supplies | | | | | | | | | | | | | |
| MSOH | | | | | | | | | | | | | |
| TSM Software | | | | | | | | | | | | | |
| CNI Systems | 6987 | 5899 | 6457 | (1088) | (558) | 444431 | 437357 | 437472 | (7074) | (115) | 588353 | 592669 | (4316) |
| Elec Warfare | 6608 | 5597 | 5727 | (1011) | (129) | 425324 | 417946 | 415687 | (7378) | 2259 | 639292 | 643295 | (4003) |
| Cntrls & Disp/IRS | - | - | - | - | - | 75 | 75 | 75 | - | - | 87 | 73 | 14 |
| Stores Mgmt System | 321 | 367 | 379 | 47 | (12) | 22098 | 22123 | 21479 | 25 | 644 | 41352 | 41629 | (276) |
| Vehicle Mgmt System | 1333 | 1555 | 2143 | 222 | (589) | 145453 | 144972 | 147330 | (480) | (2358) | 199192 | 199338 | (146) |
| Armament | 2819 | 428 | 420 | (2391) | 8 | 27447 | 24837 | 25062 | (2610) | (225) | 53941 | 54229 | (289) |
| Cost of Money | 158 | 158 | 157 | - | 1 | 8567 | 8567 | 8510 | - | 57 | 13886 | 13793 | 93 |
| G&A | 4719 | 4184 | 4731 | (535) | (548) | 226797 | 223703 | 224599 | (3094) | (896) | 386914 | 390926 | (4012) |
| Overhead/Other Burdens | 8673 | 8547 | 10269 | (127) | (1723) | 381720 | 377729 | 383441 | (3991) | (5712) | 737849 | 749969 | (12120) |
| Undistributed Budget | - | - | - | - | - | - | - | - | - | - | 10539 | 43539 | (33000) |
| Subtotal | 45546 | 40837 | 46802 | (4709) | (5965) | 2316281 | 2285820 | 2301873 | (30460) | (16053) | 3910788 | 3978731 | (67943) |
| Management Reserve | | | | | | | | | | | | | |
| TOTAL | 45546 | 40837 | 46802 | (4709) | (5965) | 2316281 | 2285820 | 2301873 | (30460) | (16053) | 3910788 | 3978731 | (67943) |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980366

UNCLASSIFIED

**** LMTAS VERSION **** - IPT Structure

FORMAT 2B - In Thousands (Unburdened)

Variances in Parentheses are unfavorable

CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS.
LOCATION: 86 S COBB DR, MARIETTA, GA 30063
RDT&E ☒ PRODUCTION ☐
PROGRAM: F-22 PROGRAM
CONTRACT: TYPE: CRC  NUMBER: F33657-91-C-0006

SHARE RATIO

PAGE 2 OF 2
REPORT PERIOD: NE MAY 96 FLASH

| | CURRENT PERIOD ||||| CUMULATIVE TO DATE ||||| AT COMPLETION |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST || ACTUAL | VARIANCE || BUDGETED COST || ACTUAL | VARIANCE || | LATEST | |
| | BCWS | BCWP | COST | SCHEDULE | COST | BCWS | BCWP | COST | SCHEDULE | COST | BUDGET | ESTIMATE | VARIANCE |
| Utilities & Subsystems | 2609 | 2678 | 3810 | 69 | (1132) | 147813 | 145267 | 155021 | (2546) | (9754) | 263463 | 265940 | (2477) |
| U&S A&I | 228 | 334 | 554 | 106 | (220) | 19609 | 19499 | 20234 | (111) | (735) | 31163 | 31036 | 128 |
| Landing Gear | - | - | - | - | - | 324 | 324 | 324 | - | - | 694 | 688 | 6 |
| Fuel | 802 | 824 | 1294 | 22 | (470) | 31377 | 31501 | 35572 | 124 | (4072) | 56001 | 58456 | (2455) |
| Electrical | 578 | 588 | 1064 | 10 | (476) | 46992 | 45266 | 48600 | (1726) | (3334) | 83538 | 83391 | 147 |
| Harness & Intercon | 250 | 212 | 213 | (37) | (1) | 8191 | 8114 | 8793 | (76) | (679) | 19723 | 19451 | 271 |
| Aux Power System | - | - | - | - | - | 737 | 737 | 732 | - | 6 | 890 | 799 | 91 |
| Fire Protection | - | - | - | - | - | 22 | 22 | 29 | - | (7) | 11 | 10 | 1 |
| IVSC | 501 | 457 | 477 | (44) | (19) | 22345 | 22105 | 22900 | (240) | (795) | 31443 | 32049 | (606) |
| ECS | - | - | 1 | - | (1) | 1062 | 1062 | 1067 | - | (6) | 1186 | 1070 | 116 |
| Hydraulics | 212 | 144 | 186 | (68) | (43) | 12649 | 12098 | 12278 | (551) | (180) | 29984 | 30093 | (109) |
| Flight Data Recorder | 38 | 118 | 21 | 80 | 97 | 4507 | 4540 | 4493 | 33 | 47 | 8832 | 8898 | (67) |
| F-22 Training System | 51 | 51 | 45 | - | 6 | 2695 | 2695 | 2646 | - | 49 | 11091 | 11017 | 74 |
| Training A&I | 10 | 10 | 9 | - | 1 | 833 | 833 | 819 | - | 15 | 2000 | 1970 | 29 |
| Pilot Training | - | - | - | - | - | 1103 | 1103 | 1101 | - | 1 | 1287 | 1112 | 175 |
| Maintenance Training | - | - | - | - | - | - | - | - | - | - | 2 | 2 | - |
| TMS/TSSC | | | | | | | | | | | | | |
| BT | | | | | | | | | | | | | |
| Interim Training | 40 | 40 | 36 | - | 4 | 759 | 759 | 726 | - | 33 | 7803 | 7934 | (130) |
| F-22 Support System | 1047 | 1045 | 945 | (2) | 100 | 46021 | 45956 | 45130 | (65) | 827 | 159197 | 161300 | (2103) |
| Support System A&I | 170 | 172 | 129 | 2 | 43 | 9042 | 9039 | 8769 | (3) | 270 | 25822 | 26116 | (294) |
| Support Equipment | 140 | 142 | 216 | 2 | (74) | 5311 | 5312 | 5240 | - | 71 | 26404 | 27063 | (659) |
| Auto Test System | 8 | 8 | 5 | - | 3 | 1059 | 1059 | 1003 | - | 55 | 2262 | 2302 | (40) |
| Supply Support | 33 | 33 | 25 | - | 7 | 676 | 676 | 647 | - | 29 | 8554 | 8796 | (243) |
| Operations Support | | | | | | | | | | | | | |
| Life Cycle SW Supt | 12 | 12 | 16 | - | (4) | 794 | 794 | 799 | - | (5) | 3120 | 3136 | (16) |
| Support Data | 684 | 679 | 554 | (5) | 125 | 29138 | 29077 | 28671 | (61) | 406 | 93035 | 93887 | (852) |
| F-22 Systems Test | 460 | 410 | 504 | (51) | (95) | 11499 | 11312 | 10859 | (187) | 453 | 89413 | 91641 | (2229) |
| A/V Flight Test | 49 | 47 | 38 | (2) | 9 | 2214 | 2222 | 1920 | 8 | 302 | 43466 | 44332 | (866) |
| Oper Test & Eval | - | - | - | - | - | - | - | - | - | - | 1799 | 1992 | (193) |
| Instr & Data Syst | 354 | 329 | 450 | (25) | (121) | 6252 | 6136 | 6174 | (116) | (38) | 25356 | 26006 | (650) |
| Systems Test A&I | 57 | 33 | 16 | (23) | 18 | 3032 | 2954 | 2765 | (78) | 189 | 18792 | 19311 | (519) |
| Management Challenge (BMA) | | | | | | | | | | | | | |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980367

UNCLASSIFIED

| **** BHA VERSION **** - IPT Structure | CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS. |  |  | PAGE 1 OF 2 |
|---|---|---|---|---|
| FORMAT 2B - In Thousands (Unburdened) | LOCATION: 86 S COBB DR MARIETTA, GA 30063 | | SHARE RATIO | REPORT PERIOD: |
| Variances in Parentheses are unfavorable | RDT&E □ PRODUCTION □ PROGRAM: F-22 PROGRAM CONTRACT: TYPE: CPC NUMBER: F33657-91-C-0006 | | | ME MAY 96 FLASH |

| | CURRENT PERIOD ||||| CUMULATIVE TO DATE ||||| AT COMPLETION |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST || ACTUAL | VARIANCE || BUDGETED COST || ACTUAL | VARIANCE || | LATEST | |
| | BCWS | BCWP | COST | SCHEDULE | COST | BCWS | BCWP | COST | SCHEDULE | COST | BUDGET | ESTIMATE | VARIANCE |
| Total F-22 Weapon System | 30614 | 27952 | 30940 | (2662) | (2988) | 1269863 | 1259228 | 1282328 | (10635) | (23101) | 2361129 | 2385646 | (24517) |
| F-22 Weapons System A&I | 2566 | 2566 | 2548 | - | 17 | 97449 | 97449 | 96283 | - | 1167 | 289185 | 293152 | (3967) |
| F-22 Air Vehicle | 27112 | 24286 | 27367 | (2825) | (3081) | 1062972 | 1052572 | 1080768 | (10400) | (28196) | 1669983 | 1687209 | (17227) |
| Air Vehicle A&I | 1146 | 595 | 423 | (551) | 172 | 81536 | 81458 | 81087 | (78) | 371 | 105437 | 105976 | (539) |
| Airframe | 11574 | 9490 | 11109 | (2085) | (1620) | 319133 | 311246 | 329805 | (7887) | (18560) | 488227 | 495034 | (6807) |
| Airframe A&I | 1607 | 1549 | 2207 | (58) | (659) | 74189 | 73509 | 78245 | (681) | (4736) | 129752 | 135004 | (5252) |
| Forward Fuselage | - | - | - | - | - | 17 | 17 | 17 | - | - | 17 | 17 | - |
| Mid Fuselage | | | | | | | | | | | | | |
| Aft Fuselage | 5970 | 5352 | 5869 | (618) | (517) | 156735 | 151839 | 161770 | (4896) | (9931) | 219372 | 219657 | (285) |
| Wing | 3997 | 2589 | 3033 | (1408) | (444) | 88191 | 85881 | 89773 | (2310) | (3892) | 139085 | 140355 | (1270) |
| Empennage | | | | | | | | | | | | | |
| Edges | | | | | | | | | | | | | |
| Avionics Racks | | | | | | | | | | | | | |
| Final Assy & Chkout | | | | | | | | | | | | | |
| Avionics | 13282 | 13005 | 14058 | (277) | (1053) | 573890 | 572422 | 580391 | (1467) | (7968) | 959306 | 965895 | (6589) |
| Avionics A&I | 1094 | 1076 | 1059 | (18) | 17 | 50608 | 50659 | 48630 | 51 | 2029 | 137107 | 140265 | (3158) |
| Radar | 11199 | 11347 | 11409 | 148 | (62) | 433068 | 433385 | 437784 | 317 | (4399) | 709431 | 709431 | - |
| Core Processing | | | | | | | | | | | | | |
| Power Supplies | 749 | 341 | 1341 | (408) | (999) | 79045 | 77255 | 83010 | (1790) | (5755) | 88515 | 91945 | (3430) |
| MSDM | | | | | | | | | | | | | |
| TSM Software | 239 | 240 | 249 | 1 | (9) | 11168 | 11123 | 10967 | (45) | 157 | 24254 | 24254 | (1) |
| CNI Systems | | | | | | | | | | | | | |
| Elec Warfare | | | | | | | | | | | | | |
| Cntrls & Disp/IRS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stores Mgmt System | | | | | | | | | | | | | |
| Vehicle Mgmt System | | | | | | | | | | | | | |
| Armament | - | - | - | - | - | 28 | 28 | 28 | - | - | 28 | 28 | - |
| Cost of Money | 684 | 645 | 835 | (40) | (190) | 35793 | 35400 | 36623 | (393) | (1223) | 71046 | 72328 | (1281) |
| G&A | 3459 | 3271 | 4393 | (188) | (1122) | 152312 | 150563 | 158739 | (1748) | (8176) | 315997 | 324656 | (8659) |
| Overhead/Other Burdens | 11711 | 11011 | 15417 | (700) | (4406) | 577418 | 570284 | 591924 | (7134) | (21640) | 1110852 | 1124636 | (13784) |
| Undistributed Budget | - | - | - | - | - | - | - | - | - | - | (3) | 12297 | (12300) |
| Subtotal | 46469 | 42879 | 51585 | (3590) | (8706) | 2035385 | 2015475 | 2069615 | (19910) | (54140) | 3859022 | 3919562 | (60540) |
| Management Reserve | | | | | | | | | | | | | |
| TOTAL | 46469 | 42879 | 51585 | (3590) | (8706) | 2035385 | 2015475 | 2069615 | (19910) | (54140) | 3859022 | 3919562 | (60540) |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980368

UNCLASSIFIED

| **** BMA VERSION **** - IPT Structure | CONTRACTOR: LOCKHEED MARTIN AERONAUTICAL SYS | | | | | | | | | PAGE 2 OF 2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORMAT 2B - In Thousands (Unburdened) | LOCATION: 86 S COBB DR MARIETTA, GA 30063 RDT&E ☐ PRODUCTION ☐ PROGRAM: F-22 PROGRAM | | | | | SHARE RATIO | | | | REPORT PERIOD: NE MAY 96 FLASH | | |
| Variances in Parentheses are unfavorable | CONTRACT: TYPE: CRC NUMBER: F33657-91-C-0006 | | | | | | | | | | | |

| | CURRENT PERIOD | | | | | CUMULATIVE TO DATE | | | | | AT COMPLETION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BUDGETED COST | | ACTUAL COST | VARIANCE | | BUDGETED COST | | ACTUAL COST | VARIANCE | | BUDGET | LATEST ESTIMATE | VARIANCE |
| | BCWS | BCWP | | SCHEDULE | COST | BCWS | BCWP | | SCHEDULE | COST | | | |
| Utilities & Subsystems | 1110 | 1197 | 1777 | 87 | (580) | 88385 | 87418 | 89457 | (967) | (2038) | 116985 | 120276 | (3292) |
| U&S A&I | 143 | 143 | 126 | - | 17 | 9056 | 9056 | 8584 | - | 473 | 12583 | 13176 | (593) |
| Landing Gear | | | | | | | | | | | | | |
| Fuel | - | - | - | - | - | 145 | 145 | 144 | - | 1 | 146 | 145 | 2 |
| Electrical | | | | | | | | | | | | | |
| Harness & Intercon | 116 | 116 | 114 | - | 2 | 2261 | 2179 | 2224 | (62) | (45) | 6651 | 7042 | (392) |
| Aux Power System | 672 | 894 | 1305 | 222 | (411) | 68546 | 67801 | 70258 | (745) | (2457) | 85510 | 87817 | (2307) |
| Fire Protection | 55 | (75) | 90 | (131) | (166) | 6170 | 6033 | 5987 | (137) | 46 | 8519 | 8518 | 1 |
| IVSC | 79 | 75 | 97 | (4) | (21) | 2129 | 2106 | 2161 | (24) | (56) | 3478 | 3478 | - |
| ECS | - | - | - | - | - | 33 | 34 | 34 | 1 | - | 33 | 34 | (1) |
| Hydraulics | 44 | 44 | 45 | - | (1) | 65 | 65 | 66 | - | (1) | 65 | 66 | (1) |
| Flight Data Recorder | | | | | | | | | | | | | |
| F-22 Training System | 290 | 290 | 220 | - | 70 | 21787 | 21787 | 20931 | - | 856 | 189775 | 192165 | (2390) |
| Training A&I | 190 | 190 | 127 | - | 63 | 18364 | 18364 | 17791 | - | 573 | 30890 | 33296 | (2406) |
| Pilot Training | 21 | 21 | 28 | - | (7) | 2669 | 2669 | 2590 | - | 79 | 59981 | 59975 | 6 |
| Maintenance Training | 27 | 27 | 29 | - | (2) | 272 | 272 | 205 | - | 67 | 44325 | 44319 | 6 |
| TMS/TSSC | - | - | - | - | - | 1 | 1 | 1 | - | - | 10996 | 10996 | - |
| IT | 35 | 35 | 22 | - | 13 | 219 | 219 | 105 | - | 114 | 41981 | 41978 | 4 |
| Interim Training | 18 | 18 | 14 | - | 4 | 262 | 262 | 239 | - | 23 | 1602 | 1602 | - |
| F-22 Support System | 183 | 172 | 137 | (11) | 35 | 20099 | 20038 | 19241 | (61) | 797 | 36351 | 36556 | (205) |
| Support System A&I | 69 | 69 | 64 | - | 5 | 5508 | 5505 | 5165 | (3) | 340 | 9838 | 9972 | (133) |
| Support Equipment | 21 | 21 | 13 | - | 8 | 2149 | 2102 | 2016 | (47) | 85 | 3710 | 3792 | (82) |
| Auto Test System | 24 | 24 | 8 | - | 16 | 10000 | 10000 | 9864 | - | 135 | 11313 | 11356 | (43) |
| Supply Support | 12 | 2 | 6 | (10) | (5) | 368 | 378 | 330 | (10) | 48 | 1618 | 1618 | 1 |
| Operations Support | | | | | | | | | | | | | |
| Life Cycle SW Supt | 4 | 4 | 3 | - | 1 | 215 | 215 | 202 | - | 13 | 691 | 691 | - |
| Support Data | 52 | 52 | 41 | - | 11 | 1840 | 1840 | 1664 | - | 175 | 9180 | 9128 | 52 |
| F-22 Systems Test | 464 | 638 | 669 | 175 | (30) | 67555 | 67381 | 65106 | (174) | 2275 | 175835 | 176564 | (728) |
| A/V Flight Test | 106 | 106 | 53 | - | 53 | 3606 | 3606 | 3424 | - | 182 | 33043 | 33039 | 4 |
| Oper Test & Eval | - | - | - | - | - | 4 | 4 | 5 | - | - | 2697 | 2697 | - |
| Instr & Data Syst | 258 | 459 | 488 | 202 | (29) | 56636 | 56496 | 55089 | (141) | 1406 | 86166 | 86197 | (31) |
| Systems Test A&I | 100 | 73 | 127 | (27) | (54) | 7308 | 7274 | 6589 | (34) | 686 | 53930 | 54631 | (701) |
| Management Challenge (BMA) | - | - | - | - | - | - | - | - | - | - | - | - | - |

USE AND/OR DISCLOSURE IS GOVERNED BY THE STATEMENT ON THE TITLE PAGE OF THIS DOCUMENT

UNCLASSIFIED

Subject to Protective Order

LMC-HOWARD-1980369