# Exhibit 5

Attachment 18
F33657-91-C-0006
Page 80

**PROGRAM MANAGEMENT REVIEW AGENDA**

SCHEDULE OVERVIEW –
- REVIEW OF MAJOR PROGRAM MILESTONES: IMP
- SCHEDULE ACCOMPLISHMENTS SINCE LAST PMR
- INCOMPLETE ACTIVITIES SINCE LAST PMR
- REVIEW OF PLANNED ACTIVITIES THROUGH NEXT PMR
- SUBTIER SUBCONTRACTOR PERFORMANCE

COST OVERVIEW –
- COST PERFORMANCE ON A BROAD BASIS AS IT RELATES TO SCHEDULE AND TECHNICAL PROGRESS
- SUBTIER SUBCONTRACTOR PERFORMANCE

PERFORMANCE OVERVIEW –
- TECHNICAL STATUS WITH RESPECT TO COST AND SCHEDULE
- ENUMERATION OF THE TECHNICAL DISCUSSION TOPICS TO BE COVERED LATER IN PMR
- OTHER AREAS OF CONCERN

ACTION ITEM REVIEW –
- REVIEW OF STATUS ACTION ITEMS TO BE SURE THAT OPEN ITEMS ARE ON THE PMR SCHEDULE

DETAILED COST AND SCHEDULE REVIEW –
- MANPOWER AND EXPENDITURES BY FUNCTIONAL ORGANIZATION AND WBS
- SUBCONTRACT FUNDS STATUS REPORT
- PROGRAM MASTER SCHEDULE REVIEW (IMS)
- DETAIL SCHEDULE REVIEW
- PROBLEMS, IMPACTS, WORKAROUNDS, RECOVERY PLANS
- SORL STATUS

DETAILED PROGRAM STATUS REVIEW –
- RISK STATUS
- ACTIVITIES COMPLETED SINCE LAST PMR
- CURRENT ACTIVITY STATUS
- CURRENT PROBLEM AREAS/CORRECTIVE ACTIONS
- POTENTIAL PROBLEMS/PREVENTATIVE ACTIONS PLANNED
- SPECIAL TOPICS
- QUALITY ASSURANCE SUMMARY

ACTION ITEM SUMMARY –
- ESTABLISH STATUS, RESPONSIBLE INDIVIDUAL AND DATE FOR COMPLETION

LMG-0310

*Figure A2-23. Comprehensive PMR Agendas Ensure Accurate Subcontractor Status*

surement requirements flowdown based on cost effectiveness. Flowdown plans will be submitted to the Air Force to support the Requirements Design Review (RDR).

**8.2.2 Technical Status and Control**
Technical control begins with the establishment of a solid specification for the desired product. Based on the specifi-

Plaintiff's Exhibit
G. Sanders
12.20.10 ESQUIRE BS

Subject to Protective Order

LMC-HOWARD-1367957

Attachment 18
F33657-91-C-0006
Page 81



Figure A2-24. *Timely Access To Subcontractor Data Enhances F-22/NATF Subcontractor Management*

cation, subcontract technical progress can be managed to ensure that the end product conforms to the desired technical requirements. Technical status and control will be achieved by using Design Reviews, Technical Interchange Meetings, Technical Performance Measures, and Software Development Management.

**8.2.2.1 Design Reviews.** Design reviews will be conducted during the F-22/NATF program and are important milestones to end item delivery. Their purpose is to conduct a detailed examination of the viability of the subcontractors design and provide the IPDT an opportunity to analyze the details of that design. Specific reviews to be conducted by the F-22/NATF IPDT include:

**Preliminary Design Review (PDR).** At PDR, design requirements and the configuration baseline are established including test unit and test equipment configurations.

**Critical Design Review (CDR).** At CDR the design configuration baseline will be frozen. After that point all design changes will be controlled through the established change control procedures.

**Production Readiness Review (PRR).** A readiness verification program will be established with major/critical subcontractors using Incremental Production Readiness Reviews (PRRs). The PRRs will be coordinated for the IPDT by the producibility engineering specialist. Appropriate members of the IPDT will be involved in the PRRs. PRRs are planned to occur at PDR, CDR, PPV contract award, and LOT 1 contract award. The objective of the PRRs is to examine readiness and evaluate program risk of transition from development to production.

Other design reviews to be conducted include Software Specification Reviews (SSRs), Test Readiness Reviews (TRRs), and a Requirement Design Review (RDR).

Subject to Protective Order

LMC-HOWARD-1367958