# Exhibit 8





5PD00749
May 1997

# F-22 Component Interchangeability And Replaceability Requirements List

Contract     F33657-91-C-0006

### Distribution Statement
Distribution authorized to Department of Defense and DoD contractors only to control critical technology; 1 November 1990. Other requests for this document shall be referred to the F-22 System Procurement Office ASC/YF, Wright-Patterson AFB, OH 45433-6503.

### Warning
This document contains data whose export is restricted by the Arms Export Control Act (Title 22.U.S.C.,Sec.2751 et seq.) or the Export Administration Act (Title 50, U.S.C., App. 2401-2420) Violation of these export laws are subject to severe penalties.

Subject to Proctive Order

LMC-HOWARD-0811161

5PD00749
May - 1997

# F-22 COMPONENT INTERCHANGEABILITY AND REPLACEABILITY REQUIREMENTS LIST

APPROVALS:

*[signature]*
AL CAUDELL
F-22 CHIEF TOOLING ENGINEER

*[signature]*
RANDY WENZEL
F-22 I&R OPERATING COMMITTEE CHAIRMAN

*[signature]*
Chuck King
F-22 Engineering I&R Rep.

1

# 5PD00749

## F-22 COMPONENT INTERCHANGEABILITY AND REPLACEABILITY REQUIREMENT LIST

This document establishes the interchangeability and replaceability requirements for certain parts, subassemblies, assemblies, units, sets and installation provisions for the F-22 air vehicle and is intended to be used in conjunction with document 5PD00753 and JP281.

Referenced Documents

    A. 5PD00753  Interchangeability and Replaceability for F-22 Air Vehicle

    B. JP281      F-22 Team Interchangeability and Replaceability Policy

The following items will controlled interchangeability for the F-22 air vehicle:

    Canopy Assembly
    Bleed Air Door Assembly
    Side Array Access Panels
    Radar Access Panels
    ADSS Probe Access Panel
    ADSS Flush Port Access Panel
    Battery Access Panel
    Nose Landing Gear Door Assemblies
    Main Landing Gear Door Assemblies
    Nose Access Panels
    Shoulder Bay Access Panels
    Canopy Hinge Access Panels
    Avionics Bay Door Assemblies
    Forward Jack Pad Door
    Integrated Fore Body
    Horizontal Stabilizer
    Vertical Stabilizer
    Rudder Actuator Access Door
    Forward Chine Assembly
    Forward Wing Flap
    Flaperons
    Ailerons

Subject to Proctive Order

LMC-HOWARD-081116:

Vertical Stabilizer Leading Edges
Rudder Assemblies
Aft Boom Trailing Edges
Diverter Lip Assembly
Vertical Stabilizer Stub Trailing Edge
Wing Stub Fixed Leading Edge
Rudder Access Panels
Flaperon Access Panels
Aileron Access Panels
Leading Edge Flap Aerodynamic Seals
Air Inlet Lip Assemblies
Wing Tip Assemblies
Main Weapons Bay doors

Secondary Weapons Bay Door
Auxiliary Seal Doors
Gun Port Assembly
Door Gun Port Assembly
Gun Muzzle Port Sleeve Assembly
Door Gun Purge Assembly
Main Weapons Bay Spoiler Assembly
In-Flight Refueling Door
L-Band Antenna Cover
ACFC Exhaust Panels
APU Access Panels
Fuel Tank Access Panels
ECS Bay Access Panels
Avionics Bay Access Panels
L-Band Antenna Access Panel
Slipway In-Flight Refueling Receptacle
Main Weapons Bay Hinge Fittings
Stub Wing Attachment Plates
Side Weapons Bay Hinge/Attachment Fittings
AIM 120 Launcher Attachment Fitting
Main and Side Weapons Bay Anti Sway Fittings
Firewall Assemblies
Gun Barrel Access Panels
Fuel Filter Access Panel
IRCM Door
Gun Breech Access Panel
Gun Safing Door

2

- Ammo Load Door
- SMS Access Panel
- AMAD Access Panel
- OBIGGS Access Panel
- F-22 Vent Screens
- Hinge AMMO Load Doors
- By Pass Louvers
- Inlet By Pass Hinges
- ACFC Heat Exchanger Mounting Hardware
- APU Inlet Door Assemblies
- APU Exhaust Assembly
- APU Exhaust Cover
- APU Exhaust Mixing Duct

- Wing Assemblies
- Fuel Probe
- Aerodynamic Fairings (Needed For Access)
- LRU23 Door Assembly
- Leading Edge Panels
- Control Surface Blade Seals
- Wing Tip Panels
- Arresting Hook Assembly
- Arresting Hook Fairings
- Engine Attachment Hardware / Components
- Engine Nozzle Seals
- Engine Bay Door Assemblies
- Engine Service Doors
- Raceway Panels

The following components will be controlled replaceably for the F-22 Air Vehicle:

- Aerodynamic Fairings Not Required For Access
- Canopy Latch Pins
- Canopy Latch Receptacles
- F-22 Fixed Screens
- Vertical Stub Hinges
- F-22 Aerodynamic / Environmental Seal
- Stub Wing Access Panels

3

Subject to Proctive Order

LMC-HOWARD-0811165

4

Subject to Proctive Order

LMC-HOWARD-0811166